FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ZACHARIAH OLMSTEAD,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | Case No. 2:22-CV-00198-MKD<br><br>ORDER DISMISSING MATTER WITH PREJUDICE<br><br>ECF No. 22 |

Before the Court is the parties' Stipulation and Proposed Order of Dismissal with Prejudice. ECF No. 22. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties ask that this case be dismissed with prejudice and without an award of costs, expenses, or fees. The stipulation is signed by counsel for Plaintiff and for Defendant.

Accordingly, **IT IS ORDERED:**

ORDER - 1

1 |     1.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

    2.    Any pending motions are **DENIED as moot**.

    3.    All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED May 31, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2